1
2
3
4
5
6
7       **UNITED STATES DISTRICT COURT**
8       **THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LATISHA VARGAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS INC., d/b/a NEW AMERICAN FUNDING; and DOES 1 - 10, inclusive<br><br>Defendant. | Case No.: 8:21-cv-00427-JLS(ADSx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Assigned for all purposes to:<br>Hon. Josephine L. Staton, Dept. 10A<br><br>Action Filed:     March 8, 2021<br>Trial Date:  Not Yet Set |

Upon reviewing the stipulated protective order submitted by Latisha Vargas and Broker Solutions Inc., d/b/a New American Funding (collectively, "the Parties"), by and through their respective counsel of record the Parties agreed to a stipulated protective order for discovery in this case. For good cause showing, the Court orders as follows:

///
///
///
///

The stipulated protective order submitted by the Parties is GRANTED in its entirety.

**IT IS SO ORDERED.**

Dated: 12/10/2021     By: /s/ Autumn D. Spaeth
Hon. Autumn D. Spaeth
U.S. Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2021, a copy of the foregoing **[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** was filed electronically and served by U.S. mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Wendy Ramirez*
Wendy Ramirez

---

1

CERTIFICATE OF TRUST