Tecf.Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA VARGAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BROKER SOULTIONS, INC., d/b/a NEW AMERICAN FUNDING; and DOES 1 – 10, inclusive,<br><br>Defendant | Case No. 8:21-cv-00427-JLS(ADSx)<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow forty-five (45) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. The joint stipulation will address the *Diaz* factors and Plaintiff will additionally file the Settlement Agreement

Notice of Settlement - 1

under seal as required by this Court's standing orders. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 17th day of February, 2022.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 17th day of February, 2022, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Josephine L. Staton
United States District Court
Central District of California

And all Counsel of Record as recorded on the electronic service list.

This 17th day of February, 2022.

s/Todd M. Friedman
Todd M. Friedman