# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA VARGAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BROKER SOULTIONS, INC., d/b/a NEW AMERICAN FUNDING; and DOES 1 – 10, inclusive,<br><br>Defendant | Case No. 8:21-cv-00427-JLS(ADSx)<br><br>**ORDER OF DISMISSAL** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties (Doc. 43), this matter is dismissed in full, with prejudice as to the Plaintiff and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.

DATED:  March 29, 2022

                                                      HON. JOSEPHINE L. STATON
                                                    UNITED STATES DISTRICT JUDGE